UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SERGIO REZA MARTINEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 2:26-cv-02785-TMC<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |

## I. ORDER

On August 5, 2026, Petitioner filed a petition for a writ of habeas corpus arguing that Immigration and Customs Enforcement ("ICE") agents violated his due process rights when they arrested him. Dkt. 1 ¶ 14. Although Petitioner does not mention the date of his arrest, Respondents state it occurred on July 9, 2026. Dkt. 6 at 1. Petitioner requests that the Court either order his immediate release or a bond hearing to be conducted by an Immigration Judge ("IJ") within seven days. Dkt. 1 ¶ 15.

On August 14, Respondents filed their response in which they concede that the Petitioner is a Bond Denial Class member under *Rodriguez Vazquez v. Bostock*, --- F.4th ---, 2026 WL 2196424, at *3 (9th Cir. July 30, 2026). Dkt. 6 at 2. Respondents also concede that as a class member, Petitioner is entitled to a bond hearing. *Id*. Respondents argue that immediate release is

not the appropriate relief for a *Rodriguez Vazquez* class member. *Id*. Petitioner has not filed a traverse challenging any of these assertions.

The Court agrees with Respondents that the Petitioner is a Bond Denial Class member under *Rodriguez Vazquez*. The Court also agrees that immediate release is not the appropriate remedy. Under Section 1226(a), Petitioner is entitled to a bond redetermination hearing, not release. To the extent that Petitioner raises alternative arguments based on due process, under the doctrine of constitutional avoidance, the Court need not reach these claims. *See Green v. Miss United States of America, LLC*, 52 F.4th 773, 795 (9th Cir. 2022) (under the "long tradition of constitutional avoidance," courts typically "should resolve a case, when possible, on statutory grounds before reaching any constitutional question").

Accordingly, the Court ORDERS as follows:

1. The petition for writ of habeas corpus (Dkt. 1) is GRANTED.

2. Within seven days of receiving Petitioner Sergio Reza Martinez's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a). Petitioner must request a bond hearing to receive this relief.

3. If Petitioner is released, Respondents must return to Petitioner any personal property, including any personal identification document (other than a passport) and any employment authorization document.

4. Nothing in this order prevents an Immigration Judge from granting a request by Petitioner for a continuance in his bond proceedings.

Dated this 25th day of August, 2026.

Tiffany M. Cartwright
United States District Judge